The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN T. GOHRANSON, individually, and as Personal Representative of the Estate of Lindsay M. Kronberger,<br><br>Plaintiff,<br><br>vs.<br><br>SNOHOMISH COUNTY, a municipal Corporation in the State of Washington, et al.,<br><br>Defendants. | NO. C16-01124-RSL<br><br>STIPULATION AND [PROPOSED] AGREED ORDER EXTENDING THE DEADLINE FOR DISCLOSURE OF EXPERT REPORTS<br><br>**NOTED ON MOTION CALENDAR: AUGUST 15, 2017** |

## STIPULATION

COME NOW the parties, by and through their respective counsel of record and hereby stipulate and request that the Court enter an order extending the deadline for disclosure of expert reports from September 6, 2017 to October 6, 2017, considering the following:

1. The deadline for disclosure of expert reports is September 6, 2017, pursuant to the Court's Minute Order Setting Trial Date and Related Dates (Dkt. #22).

STIPULATION AND [PROPOSED] AGREED ORDER EXTENDING THE DEADLINE FOR DISCLOSURE OF EXPERT REPORTS - (C16-00124-RSL) - 1

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

2. The parties have recently begun the process of scheduling and coordinating numerous witness depositions for August and September 2017. It is anticipated that the parties are unable to complete this process prior to the deadline of expert reports by September 6, 2017. Any information gained by the parties from these witness depositions may be relied upon by the experts in forming their opinions.

4. The parties met and conferred and believe that good cause exists for the Court to grant the parties' stipulated request for extending the deadline for disclosure of expert reports from September 6, 2017 to October 6, 2017.

5. The parties further seek to clarify that by operation of FRCP 26(a)(2)(D)(ii), the deadline for expert <u>rebuttal</u> reports will be 30 days after the deadline for disclosure of expert reports. Should the Court grant the parties stipulation, the new deadline for expert <u>rebuttal</u> reports will now be Monday, November 6, 2017, as the 30th day is a Sunday.

6. The parties do not anticipate that the new deadline for disclosure of expert reports will necessitate additional extensions of the deadlines set forth in the Court's order.

Dated this 15th day of August, 2017.                    Dated this 15th day of August, 2017.

/s/ Karen D. Moore                                       /s/ Todd C. Nichols
Kenneth E. Brewe, WSBA No. 9220                          W. Mitchell Cogdill, WSBA No. 1950
Karen D. Moore, WSBA No. 21328                           Todd C. Nichols, WSBA No. 15366
Brewe Layman P.S.                                        Mark P. Giuliano, WSBA No. 49871
3525 Colby Avenue, Suite 333                             Cogdill Nichols Rein Wartelle Andrews
P.O. Box 488                                             3232 Rockefeller Ave.
Everett, WA 98206-0488                                   Everett, WA 98201-4317
T: (425) 252-5167 / F: (425) 252-9055                    T: (425) 259-6111 / F: (425) 259-6435
kennethb@brewelaw.com                                    wmc@cnrlaw.com
karenm@brewelaw.com                                      toddn@cnrlaw.com
*Attorneys for Plaintiffs*                               mgiuliano@cnrlaw.com
                                                         *Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] AGREED ORDER
EXTENDING THE DEADLINE FOR DISCLOSURE OF
EXPERT REPORTS - (C16-00124-RSL) - 2

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

Dated this 15th day of August, 2017.

/s/ Katherine Bosch
Katherine Bosch, WSBA No. 43122
Mikolaj T. Tempski, WSBA No. 42896
Joseph G. Genster, WSBA No. 14968
Deputy Prosecuting Attorneys
Attorneys for Defendant Snohomish County
Snohomish County Prosecuting Attorney's Office – Civil Division
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
T: (425) 388-6330 / F: (425) 388-6333
kbosch@snoco.org
mtempski@snoco.org
jgenster@snoco.org
Attorneys for Defendants Snohomish County, Robert Trenary, Stuart Andrews, M.D., Lauren Kooiman, Jean Leight, Betty Lusk, Joy Maine, Andrew Fletcher, Rachelle Rose, Robin Otto, Roxanne Marler, and Dan Miller

Dated this 15th day of August, 2017.

/s/ Robert D. Lee
Robert D. Lee
William H. Walsh
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104
(206) 340-1000
rlee@cozen.com
wwalsh@cozen.com
Attorneys for Defendants Gregory Hardy, Sherrise Holland, and Maxim Healthcare Services, Inc.

STIPULATION AND [PROPOSED] AGREED ORDER
EXTENDING THE DEADLINE FOR DISCLOSURE OF
EXPERT REPORTS - (C16-00124-RSL) - 3

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

Dated this 15th day of August, 2017.

/s/Petra Ambrose
David W. Silke
Patrick T. Jordan
Petra Ambrose
701 5th Avenue, Suite 2100
Seattle, WA 98104
(206) 695-5100
(206) 689-2822
dsilke@gordonress.com
pjordan@gordonrees.com
Attorneys for Defendant Cascade Healthcare Services, LLC,
Linet Ngete, and Elaine Gravatt

STIPULATION AND [PROPOSED] AGREED ORDER
EXTENDING THE DEADLINE FOR DISCLOSURE OF
EXPERT REPORTS - (C16-00124-RSL) - 4

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

## ORDER

This matter having come before the Court on the Stipulation of the parties, the Court having considered the foregoing stipulation and for good cause shown, IT IS HEREBY ORDERED that the deadline for disclosure of expert testimony is extended from September 6, 2017 to October 6, 2017. IT IS HEREBY FURTHER ORDERED that the new deadline for expert rebuttal testimony pursuant to FRCP 26(a)(22)(D)(ii) is extended to November 6, 2017.

Dated this 16th of Aug., 2017.

ROBERT S. LASNIK
United States District Judge

Presented by:

/s/ Karen D. Moore
Kenneth E. Brewe, WSBA No. 9220
Karen D. Moore, WSBA No. 21328
Brewe Layman P.S.
3525 Colby Avenue, Suite 333
P.O. Box 488
Everett, WA 98206-0488
T: (425) 252-5167 / F: (425) 252-9055
kennethb@brewelaw.com
karenm@brewelaw.com
*Attorneys for Plaintiffs*

Presented by:

/s/ Todd C. Nichols
W. Mitchell Cogdill, WSBA No. 1950
Todd C. Nichols, WSBA No. 15366
Mark P. Giuliano, WSBA No. 49871
Cogdill Nichols Rein Wartelle Andrews
3232 Rockefeller Ave.
Everett, WA 98201-4317
T: (425) 259-6111 / F: (425) 259-6435
wmc@cnrlaw.com
toddn@cnrlaw.com
mgiuliano@cnrlaw.com
*Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] AGREED ORDER
EXTENDING THE DEADLINE FOR DISCLOSURE OF
EXPERT REPORTS - (C16-00124-RSL) - 5

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

Presented by:

*/s/ Katherine Bosch*
Katherine Bosch, WSBA No. 43122
Mikolaj T. Tempski, WSBA No. 42896
Joseph G. Genster, WSBA No. 14968
Deputy Prosecuting Attorneys
Attorneys for Defendant Snohomish County
Snohomish County Prosecuting Attorney's Office – Civil Division
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
T: (425) 388-6330 / F: (425) 388-6333
kbosch@snoco.org
mtempski@snoco.org
jgenster@snoco.org
Attorneys for Defendants Snohomish County, Robert Trenary, Stuart Andrews, M.D., Lauren Kooiman, Jean Leight, Betty Lusk, Joy Maine, Andrew Fletcher, Rachelle Rose, Robin Otto, Roxanne Marler, and Dan Miller

Presented by:


*/s/ Robert D. Lee*
Robert D. Lee
William H. Walsh
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104
(206) 340-1000
rlee@cozen.com
wwalsh@cozen.com
Attorneys for Defendants Gregory Hardy, Sherrise Holland, and Maxim Healthcare Services, Inc.

STIPULATION AND [PROPOSED] AGREED ORDER
EXTENDING THE DEADLINE FOR DISCLOSURE OF
EXPERT REPORTS - (C16-00124-RSL) - 6

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

Presented by:

/s/Petra Ambrose
David W. Silke
Patrick T. Jordan
Petra Ambrose
701 5th Avenue, Suite 2100
Seattle, WA 98104
(206) 695-5100
(206) 689-2822
dsilke@gordonress.com
pjordan@gordonrees.com
Attorneys for Defendant Cascade Healthcare Services, LLC,
Linet Ngete, and Elaine Gravatt

STIPULATION AND [PROPOSED] AGREED ORDER
EXTENDING THE DEADLINE FOR DISCLOSURE OF
EXPERT REPORTS - (C16-00124-RSL) - 7

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333