THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN T. GOHRANSON, *et al.*, | Case No.: C16-1124RSL |
| Plaintiffs, | STIPULATION AND [PROPOSED]. AGREED ORDER EXTENDING THE DEADLINE FOR DISCLOSURE OF EXPERT REPORTS, DISCOVERY CUT OFF, and DISPOSITIVE MOTIONSS |
| vs. | |
| SNOHOMISH COUNTY, *et al.*, | |
| Defendants. | **NOTED ON MOTIONS CALENDAR: SEPTEMBER 25, 2017** |

## STIPULATION

COMES NOW the parties, by and through their respective counsel of record and hereby stipulate and request that the Court enter an order extending the deadline for disclosure of initial expert reports from October 6, 2017, to October 20, 2017, and that the deadline for all rebuttal expert reports be extended to November 17, 2017, and that the discovery cut off for the purpose of expert depositions be extended to December 5, 2017, considering the following:

1.     The deadline for disclosure of all expert reports (plaintiff and defense) was originally September 6, 2017. *See* Court's Minute Order Setting Trial Date and Related Dates (Dkt.

STIPULATION AND [PROPOSED] AGREED ORDER
EXTENDING THE DEADLINE FOR DISCLOSURE OF
EXPERT REPORTS, DISCOVERY CUT OFF, AND
DISPOSITIVE MOTIONS - 1

BREWE LAYMAN P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com

ei21ej1112

1  No. 22). As a result of scheduling needs for numerous witnesses depositions necessary to provide

2  information for expert opinions, the parties met and conferred regarding extending the original

3  deadline. This Court granted the parties' stipulation and request to extend the deadline to

4  accommodate completion of depositions. Pursuant to the parties' stipulation, the plaintiffs'

5  disclosure deadline was extended to October 6, 2017, and defendants' disclosure for rebuttal

6  reports was established as November 5, 2017. *See Stipulation and Agreed Order Extending The*

7  *Deadline For Disclosure of Expert Reports* (Dkt. No. 59).

8      2.      Because of scheduling difficulties with employee/witnesses for Snohomish County,

9  several depositions necessary to provide information for experts have not yet occurred. The parties

10  currently anticipate the County witnesses will be available no later than October 5, 2017. The

11  parties have again met and conferred and believe that good cause exists for the Court to grant the

12  parties' stipulated request for extending the deadline for disclosure of initial expert reports (both

13  parties) to October 20, 2017, and the deadline for any rebuttal expert reports (both parties) by

14  November 17, 2017.

15      3.      All other deadlines shall remain the same with the exception of the following: the

16  parties agree that discovery cut off – solely for the purpose of expert depositions – shall be

17  extended to December 5, 2017. All other discovery shall be completed by November 5, 2017

18  pursuant to the Court's original scheduling order.

19      4.      The parties anticipate no other changes to the remaining deadlines as set forth in the

20  original scheduling order.

21

22  STIPULATION AND [PROPOSED] AGREED ORDER
    EXTENDING THE DEADLINE FOR DISCLOSURE OF
    EXPERT REPORTS, DISCOVERY CUT OFF, AND

23  DISPOSITIVE MOTIONS - 2

24

ei21ej1112

**BREWE LAYMAN** P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com

1

2

3 Dated this 21st day of September, 2017.

4

s/ Karen D. Moore
5 Karen D. Moore, WSBA #21328
Kenneth E. Brewe, WSBA #9220
6 Brewe Layman, P.S.
3525 Colby Avenue
7 Everett, Washington  98201
Telephone:  (425) 252-5167
8 Facsimile:  (425) 252-9055
Email:  Karenm@brewelaw.com
9 Email:  Kennethb@brewelaw.com
Attorneys for Plaintiffs

10

s/ Todd C. Nichols
11 Todd C. Nichols, WSBA #15366
W. Mitchell Cogdill, WSBA #1950
12 Mark P. Giuliano, WSBA 49871
Cogdill Nichols Rein Wartelle Andrews
13 3232 Rockefeller Avenue
Everett, Washington  98201
14 Telephone:  (425) 259-6111
Facsimile:  (425) 259-6435
15 Email:  toddn@cnrlaw.com
Email:  wmc@cnrlaw.com
16 Email:  mgiuliano@cnrlaw.com
Attorneys for Plaintiffs

17

18

19

20

21
STIPULATION AND [PROPOSED] AGREED ORDER
22 EXTENDING THE DEADLINE FOR DISCLOSURE OF
EXPERT REPORTS, DISCOVERY CUT OFF, AND
23 DISPOSITIVE MOTIONS - 3

24

ei21ej1112

BREWE LAYMAN P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com

1 | Dated this 20th day of September, 2017.

2 | s/ Mikolaj Tempski
   | Katherine Bosch, WSBA #43122
3 | Mikolaj Tempski, WSBA #42896
   | Joseph B. Genster, WSBA #14968
4 | Deputy Prosecuting Attorneys
   | Snohomish County Prosecuting Attorney – Civil Division
5 | 3000 Rockefeller Ave., M/S 504
   | Everett, WA 98201
6 | Phone (425)388-6330/Fax: (425)388-6333
   | kbosch@snoco.org
7 | Mtempski@snoco.org
   | jgenster@snoco.org
8 | Attorneys for Defendants Snohomish County, Andrew Fletcher, Jean Leight, Roxanne Marler, Joy
   | Maine, Dan Miller, Robin Otto, Rochelle Rose, Robert Trenary, Steward Andrews, MD, Lauren
9 | Kooiman, Betty Lusk, Shane Stevie

10 |

11 | Dated this 22nd day of September, 2017

12 | s/ Robert D. Lee
   | Williams H. Walsh,
13 | Robert D. Lee
   | Cozen O'Connor
14 | 999 Third Ave, Suite 1900
   | Seattle, WA 98104
15 | wwalsh@cozen.com
   | rlee@cozen.com
16 | Attorneys for Defendants Maxim Healthcare Services, Inc., Gregory Hardy and Sherrise Holland

17 |

18 |

19 |

20 |

21 | STIPULATION AND [PROPOSED] AGREED ORDER
22 | EXTENDING THE DEADLINE FOR DISCLOSURE OF
   | EXPERT REPORTS, DISCOVERY CUT OFF, AND
23 | DISPOSITIVE MOTIONS - 4

**BREWE LAYMAN** P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com

24 |

ei21ej1112

1   Dated this 22nd day of September, 2017

2   s/ Petra Ambrose

3   David W. Silke
    Patrick T. Jordan

4   Petra Ambrose
    Gordon Rees

5   710 Fifth Ave., Suite 2100
    Seattle, WA 98104

6   dsilke@gordonrees.com
    pjordan@gordonrees.com

7   pambrose@gordonrees.com
    Attorneys for Defendants Cascade Health Care, Linet Ngete, and Elaine Gravatt

8

9

10

11

12

13

14

15

16

17

18

19

20

21   STIPULATION AND [PROPOSED] AGREED ORDER
     EXTENDING THE DEADLINE FOR DISCLOSURE OF
22   EXPERT REPORTS, DISCOVERY CUT OFF, AND
     DISPOSITIVE MOTIONS - 5
23

24

**B**REWE **L**AYMAN P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com

ei21ej1112

1

**ORDER**

2         This matter having come before the Court on the Stipulation of the parties, the Court

3    having considered the foregoing stipulation and for good cause shown, NOW, THEREFORE, IT

4    IS HEREBY ORDERED that the deadline for disclosure of initial expert reports (both parties) is

5    extended to October 20, 2017, and the deadline for disclosure of rebuttal expert reports (both

6    parties) is extended to November 17, 2017. IT IS FURTHER ORDERED that discovery for the

7    purpose of taking expert depositions is extended to December 5, 2017. All other deadlines shall

8    remain the same as noted in the Minute Order filed September 29, 2016.

9         Dated this 28th day of September, 2017.

10

11    _____

    ROBERT S. LASNIK

12        United States District Court Judge

13

14

15

16

17

18

19

20

21    STIPULATION AND [PROPOSED] AGREED ORDER
    EXTENDING THE DEADLINE FOR DISCLOSURE OF

22    EXPERT REPORTS, DISCOVERY CUT OFF, AND
    DISPOSITIVE MOTIONS - 6

23

24

ei21ej1112

**BREWE LAYMAN** P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com

1    Presented by:
      s/ Karen D. Moore
2    Karen D. Moore, WSBA #21328
      Kenneth E. Brewe, WSBA #9220
3    Brewe Layman, P.S.
      3525 Colby Avenue
4    Everett, Washington 98201
      Telephone: (425) 252-5167
5    Facsimile: (425) 252-9055
      Email: Karenm@brewelaw.com
6    Email: Kennethb@brewelaw.com
      Attorneys for Plaintiffs
7
      s/ Todd C. Nichols
8    Todd C. Nichols, WSBA #15366
      W. Mitchell Cogdill, WSBA #1950
9    Mark P. Giuliano, WSBA 49871
      Cogdill Nichols Rein Wartelle Andrews
10   3232 Rockefeller Avenue
      Everett, Washington 98201
11   Telephone: (425) 259-6111
      Facsimile: (425) 259-6435
12   Email: toddn@cnrlaw.com
      Email: wmc@cnrlaw.com
13   Email: mgiuliano@cnrlaw.com
      Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22 STIPULATION AND [PROPOSED] AGREED ORDER
EXTENDING THE DEADLINE FOR DISCLOSURE OF
EXPERT REPORTS, DISCOVERY CUT OFF, AND
23 DISPOSITIVE MOTIONS - 7

24

     ei21ej1112

BREWE LAYMAN P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com

1 | Presented by:

2 | s/ Mikolaj Tempski
Katherine Bosch, WSBA #43122
3 | Mikolaj Tempski, WSBA #42896
Joseph B. Genster, WSBA #14968
4 | Deputy Prosecuting Attorneys
Snohomish County Prosecuting Attorney – Civil Division
5 | 3000 Rockefeller Ave., M/S 504
Everett, WA 98201
6 | Phone (425)388-6330/Fax: (425)388-6333
kbosch@snoco.org
7 | Mtempski@snoco.org
jgenster@snoco.org
8 | Attorneys for Defendants Snohomish County, Andrew Fletcher, Jean Leight, Roxanne Marler, Joy
Maine, Dan Miller, Robin Otto, Rochelle Rose, Robert Trenary, Steward Andrews, MD, Lauren
9 | Kooiman, Betty Lusk, Shane Stevie

10 | Presented by:

11 | s/ Robert D. Lee
Williams H. Walsh,
12 | Robert D. Lee
Cozen O'Connor
13 | 999 Third Ave, Suite 1900
Seattle, WA 98104
14 | wwalsh@cozen.com
rlee@cozen.com
15 | Attorneys for Defendants Maxim Healthcare Services, Inc., Gregory Hardy and Sherrise Holland

16 |

17 |

18 |

19 |

20 |

21 | STIPULATION AND [PROPOSED] AGREED ORDER
22 | EXTENDING THE DEADLINE FOR DISCLOSURE OF
EXPERT REPORTS, DISCOVERY CUT OFF, AND
23 | DISPOSITIVE MOTIONS - 8

**BREWE LAYMAN** P.S.
Attorneys at Law

P.O. Box 488
24 | Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
ei21ej1112 | www.brewelaw.com

1   Presented by:

2   s/ Petra Ambros
    David W. Silke
3   Patrick T. Jordan
    Petra Ambrose
4   Gordon Rees
    710 Fifth Ave., Suite 2100
5   Seattle, WA 98104
    dsilke@gordonrees.com
6   pjordan@gordonrees.com
    pambrose@gordonrees.com
7   Attorneys for Defendants Cascade Health Care, Linet Ngete, and Elaine Gravatt

8

9

10

11

12

13

14

15

16

17

18

19

20

21  STIPULATION AND [PROPOSED] AGREED ORDER
    EXTENDING THE DEADLINE FOR DISCLOSURE OF
22  EXPERT REPORTS, DISCOVERY CUT OFF, AND
    DISPOSITIVE MOTIONS - 9
23

24

ei21ej1112

BREWE LAYMAN P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com