The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN T. GOHRANSON, individually, and as Personal Representative of the Estate of Lindsay M. Kronberger,<br><br>Plaintiff,<br><br>vs.<br><br>SNOHOMISH COUNTY, a municipal Corporation in the State of Washington, et al.,<br><br>Defendants. | NO. C16-01124-RSL<br><br>STIPULATION AND [PROPOSED] AGREED ORDER REGARDING DISCLOSURE OF DSHS RECORDS<br><br>**NOTED ON MOTION CALENDAR: OCTOBER 25, 2017** |

## STIPULATION

COME NOW the parties, by and through their respective counsel of record and hereby stipulate and request that the Court enter an order permitting the disclosure of Washington State Department of Social and Health Services records for use in this litigation:

1.   Defendants have requested records from the Washington State Department of Social and Health Services relating to Lindsay M. Kronberger, believing that such records may

STIPULATION AND [PROPOSED] AGREED ORDER REGARDING
DISCLOSURE OF DSHS RECORDS - (C16-00124-RSL) - 1

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

contain information relevant to Ms. Kronberger's health and financial condition prior to her death.

2. Plaintiff John Gohranson, as personal representative of the estate of Lindsay Kronberger, executed a release, allowing the Washington State Department of Social and Health Services to release Lindsay Kronberger's record for the purposes of this litigation.

3. The Washington State Department of Social and Health Services responded, stating that the confidentiality of some of these records is not waivable by the personal representative of a decedent's estate. Particularly, they noted that the following confidentiality laws and regulations apply: RCW 74.04.060 (contents of DSHS files related to all title 74 RCW programs), 7 C.F.R. § 272.1(c) (Supplemental Nutrition Assistance Program), 42 C.F.R. § 431.301 (Medicaid), and 45 C.F.R. § 205.50(a)(1)(i) (Temporary Assistance to Needy Families). The Washington State Department of Social and Health Services did confirm that they would release the requested records pursuant to a court order.

4. The parties now seek access to these Department of Social and Health Services records. The parties further agree to treat information released pursuant to this order as "confidential" pursuant to the terms of the previously signed Stipulated Protective Order (Dkt. 52).

//

//

//

//

//

STIPULATION AND [PROPOSED] AGREED ORDER REGARDING
DISCLOSURE OF DSHS RECORDS - (C16-00124-RSL) - 2

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

Dated this 25th day of October, 2017.

/s/ Karen D. Moore
Kenneth E. Brewe, WSBA No. 9220
Karen D. Moore, WSBA No. 21328
Brewe Layman P.S.
3525 Colby Avenue, Suite 333
P.O. Box 488
Everett, WA 98206-0488
T: (425) 252-5167 / F: (425) 252-9055
kennethb@brewelaw.com
karenm@brewelaw.com
*Attorneys for Plaintiffs*

Dated this 25th day of October, 2017.

/s/ Todd C. Nichols
W. Mitchell Cogdill, WSBA No. 1950
Todd C. Nichols, WSBA No. 15366
Mark P. Giuliano, WSBA No. 49871
Cogdill Nichols Rein Wartelle Andrews
3232 Rockefeller Ave.
Everett, WA 98201-4317
T: (425) 259-6111 / F: (425) 259-6435
wmc@cnrlaw.com
toddn@cnrlaw.com
mgiuliano@cnrlaw.com
*Attorneys for Plaintiffs*

Dated this 25th day of October, 2017.

/s/ Mikolaj T. Tempski
Mikolaj T. Tempski, WSBA No. 42896
Joseph G. Genster, WSBA No. 14968
Deputy Prosecuting Attorneys
Attorneys for Defendant Snohomish County
Snohomish County Prosecuting Attorney's Office – Civil Division
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
T: (425) 388-6330 / F: (425) 388-6333
mtempski@snoco.org
jgenster@snoco.org
Attorneys for Defendants Snohomish County, Robert Trenary, Stuart Andrews, M.D., Lauren Kooiman, Jean Leight, Betty Lusk, Joy Maine, Andrew Fletcher, Rachelle Rose, Robin Otto, Roxanne Marler, and Dan Miller

Dated this 25th day of October, 2017.

/s/ Robert D. Lee
Robert D. Lee
William H. Walsh
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104
(206) 340-1000
rlee@cozen.com
wwalsh@cozen.com
Attorneys for Defendants Gregory Hardy, Sherrise Holland, & Maxim Healthcare Services, Inc.

STIPULATION AND [PROPOSED] AGREED ORDER REGARDING
DISCLOSURE OF DSHS RECORDS - (C16-00124-RSL) - 3

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

Dated this 25th day of October, 2017.

/s/Petra Ambrose
David W. Silke
Patrick T. Jordan
Petra Ambrose
701 5th Avenue, Suite 2100
Seattle, WA 98104
(206) 695-5100
(206) 689-2822
dsilke@gordonress.com
pjordan@gordonrees.com
Attorneys for Defendant Cascade Healthcare Services, LLC,
Linet Ngete, and Elaine Gravatt

STIPULATION AND [PROPOSED] AGREED ORDER REGARDING
DISCLOSURE OF DSHS RECORDS - (C16-00124-RSL) - 4

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

## [~~PROPOSED~~] ORDER

This matter having come before the Court on the Stipulation of the parties, the Court having considered the foregoing stipulation and for good cause shown, IT IS HEREBY ORDERED that notwithstanding RCW 74.04.060, 7 C.F.R. § 272.1(c), 42 C.F.R. § 431.301 (Medicaid), and 45 C.F.R. § 205.50(a)(1)(i), the Washington State Department of Social and Health Services, Community Services Division shall provide all records related to Lindsay Kronberger to the parties to this proceeding. The information and records are to be treated as "confidential" pursuant to the terms of the Stipulated Protective Order (Dkt. 52) and are not to be used for any purpose other than the current civil legal proceeding.

Dated this 26th of October, 2017.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

/s/ Karen D. Moore
Kenneth E. Brewe, WSBA No. 9220
Karen D. Moore, WSBA No. 21328
Brewe Layman P.S.
3525 Colby Avenue, Suite 333
P.O. Box 488
Everett, WA 98206-0488
T: (425) 252-5167 / F: (425) 252-9055
kennethb@brewelaw.com
karenm@brewelaw.com
*Attorneys for Plaintiffs*

Presented by:

/s/ Todd C. Nichols
W. Mitchell Cogdill, WSBA No. 1950
Todd C. Nichols, WSBA No. 15366
Mark P. Giuliano, WSBA No. 49871
Cogdill Nichols Rein Wartelle Andrews
3232 Rockefeller Ave.
Everett, WA 98201-4317
T: (425) 259-6111 / F: (425) 259-6435
wmc@cnrlaw.com
toddn@cnrlaw.com
mgiuliano@cnrlaw.com
*Attorneys for Plaintiffs*

STIPULATION AND [~~PROPOSED~~] AGREED ORDER REGARDING
DISCLOSURE OF DSHS RECORDS - (C16-00124-RSL) - 5

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

Presented by:

/s/ Mikolaj T. Tempski
Mikolaj T. Tempski, WSBA No. 42896
Joseph G. Genster, WSBA No. 14968
Deputy Prosecuting Attorneys
Attorneys for Defendant Snohomish County
Snohomish County Prosecuting Attorney's Office – Civil Division
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
T: (425) 388-6330 / F: (425) 388-6333
mtempski@snoco.org
jgenster@snoco.org
Attorneys for Defendants Snohomish County, Robert Trenary, Stuart Andrews, M.D., Lauren Kooiman, Jean Leight, Betty Lusk, Joy Maine, Andrew Fletcher, Rachelle Rose, Robin Otto, Roxanne Marler, and Dan Miller

Presented by:

/s/ Robert D. Lee
Robert D. Lee
William H. Walsh
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104
(206) 340-1000
rlee@cozen.com
wwalsh@cozen.com
Attorneys for Defendants Gregory Hardy, Sherrise Holland, & Maxim Healthcare Services, Inc.

Presented by:

/s/Petra Ambrose
David W. Silke
Patrick T. Jordan
Petra Ambrose
701 5th Avenue, Suite 2100
Seattle, WA 98104
(206) 695-5100
(206) 689-2822
dsilke@gordonress.com
pjordan@gordonrees.com
Attorneys for Defendant Cascade Healthcare Services, LLC, Linet Ngete, and Elaine Gravatt

STIPULATION AND [PROPOSED] AGREED ORDER REGARDING
DISCLOSURE OF DSHS RECORDS - (C16-00124-RSL) - 6

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333