UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN T. GOHRANSON, *et al.*,

    Plaintiffs,

v.

SNOHOMISH COUNTY, *et al.*,

    Defendants.

NO. C16-1124RSL

ORDER RENOTING MOTIONS
FOR SUMMARY JUDGMENT

On December 5, 2017, the defendants in this matter filed five separate motions for summary judgment, all noted for consideration on December 29, 2017.[1] Defendants submitted over 1250 combined pages in support of their requests for dispositive relief. Given the intervening holiday, it is unreasonable to expect plaintiffs to respond within the normal briefing schedule. The Clerk of Court is directed to renote the pending motions for summary judgment (Dkt. # 72, 74, 76, 80, and 82) on the Court's calendar for Friday, January 12, 2018.

Dated this 6th day of December, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Defendant Snohomish County filed two motions, each aimed at discrete claims, in violation of LCR 7(e)(3).

ORDER RENOTING MOTIONS
FOR SUMMARY JUDGMENT - 1