The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN T. GOHRANSON, individually, and as Personal Representative of the Estate of Lindsay M. Kronberger,<br><br>                    Plaintiff,<br><br>vs.<br><br>SNOHOMISH COUNTY, a municipal Corporation in the State of Washington, et al.,<br><br>                    Defendants. | NO. C16-01124-RSL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING PLAINTIFF GOHRANSON'S CLAIM OF OUTRAGE AND ALL CLAIMS AGAINST DEFENDANT DAN MILLER, ARNP<br><br>**NOTED ON MOTION CALENDAR:<br>DECEMBER 1, 2017** |

## STIPULATION

The parties, by and through their respective counsel of record and hereby stipulate to the entry of the subjoined order dismissing the following claims:

1. Plaintiff Gohranson's claims for the tort of outrage; and

2. All Plaintiffs' claims against Defendant Dan Miller, A.R.N.P.

STIPULATION AND [~~PROPOSED~~] AGREED ORDER DISMISSING CLAIM
OF OUTRAGE AND ALL CLAIMS AGAINST – (C16-00124-RSL) - 1

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

Dated this 1st day of December, 2017.

/s/ Karen D. Moore
Kenneth E. Brewe, WSBA No. 9220
Karen D. Moore, WSBA No. 21328
Brewe Layman P.S.
3525 Colby Avenue, Suite 333
P.O. Box 488
Everett, WA 98206-0488
T: (425) 252-5167 / F: (425) 252-9055
kennethb@brewelaw.com
karenm@brewelaw.com
*Attorneys for Plaintiffs*

Dated this 1st day of December, 2017.

/s/ Todd C. Nichols
W. Mitchell Cogdill, WSBA No. 1950
Todd C. Nichols, WSBA No. 15366
Mark P. Giuliano, WSBA No. 49871
Cogdill Nichols Rein Wartelle Andrews
3232 Rockefeller Ave.
Everett, WA 98201-4317
T: (425) 259-6111 / F: (425) 259-6435
wmc@cnrlaw.com
toddn@cnrlaw.com
mgiuliano@cnrlaw.com
*Attorneys for Plaintiffs*

Dated this 1st day of December, 2017.

/s/ Mikolaj T. Tempski
Mikolaj T. Tempski, WSBA No. 42896
Joseph G. Genster, WSBA No. 14968
Deputy Prosecuting Attorneys
Attorneys for Defendant Snohomish County
Snohomish County Prosecuting Attorney's Office – Civil Division
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
T: (425) 388-6330 / F: (425) 388-6333
mtempski@snoco.org
jgenster@snoco.org
Attorneys for Defendants Snohomish County, Robert Trenary, Stuart Andrews, M.D., Lauren Kooiman, Jean Leight, Betty Lusk, Joy Maine, Andrew Fletcher, Rachelle Rose, Robin Otto, Roxanne Marler, and Dan Miller

Dated this 1st day of December, 2017.

/s/ Robert D. Lee
Robert D. Lee
William H. Walsh
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104
(206) 340-1000
rlee@cozen.com

STIPULATION AND [PROPOSED] AGREED ORDER DISMISSING CLAIM OF OUTRAGE AND ALL CLAIMS AGAINST – (C16-00124-RSL) - 2

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

wwalsh@cozen.com
Attorneys for Defendants Gregory Hardy, Sherrise Holland, & Maxim Healthcare Services, Inc.
Dated this 1st day of December, 2017.

/s/Petra Ambrose
David W. Silke
Patrick T. Jordan
Petra Ambrose
701 5th Avenue, Suite 2100
Seattle, WA 98104
(206) 695-5100
(206) 689-2822
dsilke@gordonress.com
pjordan@gordonrees.com
Attorneys for Defendant Cascade Healthcare Services, LLC,
Linet Ngete, and Elaine Gravatt

STIPULATION AND [PROPOSED] AGREED ORDER DISMISSING CLAIM
OF OUTRAGE AND ALL CLAIMS AGAINST – (C16-00124-RSL) - 3

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

### [PROPOSED] ORDER

This matter having come before the Court on the stipulation of the parties, the Court having considered the foregoing stipulation, it is hereby ORDERED, that all of Plaintiff Gohranson's claims for the tort of outrage, as well as any and all claims against Defendant Dan Miller, A.R.N.P., are hereby DISMISSED with prejudice and without an award of costs to any party.

Dated this 6th of December, 2017.

_____
The Honorable ROBERT S. LASNIK
United States District Judge

Presented by:

/s/ Karen D. Moore
Kenneth E. Brewe, WSBA No. 9220
Karen D. Moore, WSBA No. 21328
Brewe Layman P.S.
3525 Colby Avenue, Suite 333
P.O. Box 488
Everett, WA 98206-0488
T: (425) 252-5167 / F: (425) 252-9055
kennethb@brewelaw.com
karenm@brewelaw.com
*Attorneys for Plaintiffs*

Presented by:

/s/ Todd C. Nichols
W. Mitchell Cogdill, WSBA No. 1950
Todd C. Nichols, WSBA No. 15366
Mark P. Giuliano, WSBA No. 49871
Cogdill Nichols Rein Wartelle Andrews
3232 Rockefeller Ave.
Everett, WA 98201-4317
T: (425) 259-6111 / F: (425) 259-6435
wmc@cnrlaw.com
toddn@cnrlaw.com
mgiuliano@cnrlaw.com
*Attorneys for Plaintiffs*

Presented by:

/s/ Mikolaj T. Tempski
Mikolaj T. Tempski, WSBA No. 42896
Joseph G. Genster, WSBA No. 14968
Deputy Prosecuting Attorneys

STIPULATION AND [PROPOSED] AGREED ORDER DISMISSING CLAIM
OF OUTRAGE AND ALL CLAIMS AGAINST – (C16-00124-RSL) - 4

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333