UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN T. GOHRANSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SNOHOMISH COUNTY, *et al.*, <br><br> Defendants. | NO. C16-1124RSL <br><br> ORDER GRANTING MOTION TO FILE OVERLENGTH MEMORANDUM |

This matter comes before the Court on the Snohomish County defendants' "Motion for Over-Length Brief." Dkt. # 70. Plaintiffs do not oppose the motion, which has already been filed at Dkt. # 82. The request for leave to file an over-length memorandum is therefore GRANTED.

Dated this 6th day of December, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO
FILE OVERLENGTH MEMORANDUM - 1