HONORABLE ROBERT S. LASNIK

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  JOHN T. GOHRANSON, et al.

NO. 2:16-cv-01124-RSL

11              Plaintiffs,

STIPULATION AND ORDER OF
DISMISSAL OF CASCADE
HEALTHCARE SERVICES, LLC, LINET
NGETE, AND ELAINE GRAVATT

12      vs.

13  SNOHOMISH COUNTY, et al.,

14              Defendants.

[PROPOSED]

15

16                          **STIPULATION**

17      THE PARTIES HERETO, by and through their undersigned counsel of record, HEREBY

18  STIPULATE, and request that the Court enter an order, that the above captioned action shall be

19  dismissed with prejudice as against Defendants Cascade Healthcare Services, LLC, Linet Ngete,

20  and Elaine Gravatt, without award of fees or costs to the parties hereto.   The stipulation for

21  dismissal of the above captioned action with prejudice is made by stipulation pursuant to Fed. R.

22  Civ. P. 41.

23  ///

24  ///

25  ///

26

STIPULATION AND ORDER OF DISMISSAL OF CASCADE
HEALTHCARE SERVICES, LLC, LINET NGETE, AND ELAINE
GRAVATT
[PROPOSED] – **PAGE 1**
NO. 2:16-cv-01124-RSL

**GORDON REES SCULLY
MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1    **IT IS SO STIPULATED.**

2    Dated:  March 5th, 2018

3

4    GORDON REES SKULLY MANSUKHANI  LLP

5    By:  */s/ David W. Silke*
     David W. Silke, WSBA No. 23761

6    */s/ Petra N. Ambrose*
     Petra N. Ambrose, WSBA No. 48924
7    701 Fifth Avenue, Suite 2100
     Seattle, WA  98104
8    Phone:  (206) 695-5100
     Fax:  (206)689-2822
9    dsilke@grsm.com
     pambrose@grsm.com
10   *Attorneys for Defendants Cascade Health Services,*
     *LLC, Linet Ngete, and Elaine Gravatt*
11

12   Dated March 5,  2018                    Dated March 5th, 2018

13

14   BREWE LAYMAN                        COGDILL NICHOLS REIN WARTELLE
                                         ANDREWS
15

16   By: *s/ Karen D. Moore, per email*      By: *s/ Todd C. Nichols, per email authorization*
     *authorization*                          Todd C. Nichols, WSBA No. 15366
17   Kenneth E. Brewe, WSBA No. 9220         William Mitchell Cogdill, Jr., WSBA No. 1950
     Karen D. Moore, WSBA No. 21328          Mark P. Giuliano, WSBA No. 49871
18   3525 Colby Avenue, Suite 333            3232 Rockefeller Avenue
     Everett, WA  98206                      Everett, WA  98201
19   Tel:  (425) 252-5167                    Tel:  (425) 259-6111
     Email:  kennethb@brewelaw.com           Email:  toddn@cnrlaw.com
20   Email:  karenm@brewelaw.com             Email:  wmc@cnrlaw.com
     *Attorneys for Plaintiff*                *Attorneys for Plaintiff*
21

22

23

24

25

26
     STIPULATION AND ORDER OF DISMISSAL OF CASCADE       **GORDON REES SCULLY**
     HEALTHCARE SERVICES, LLC, LINET NGETE, AND ELAINE   **MANSUKHANI LLP**
     GRAVATT                                             701 5th Avenue, Suite 2100
     [PROPOSED] – **PAGE 2**                             Seattle, WA 98104
     NO. 2:16-cv-01124-RSL                               Telephone: (206) 695-5100
                                                         Facsimile: (206) 689-2822

1

## ORDER

2      ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

3  above captioned action shall be dismissed with prejudice as against Defendants Cascade

4  Healthcare Services, LLC, Linet Ngete, and Elaine Gravatt, without award of fees or costs to the

5  parties hereto.

6

7  DATED this ___7ᵗʰ___ day of ___March___, 2018

8

9                           THE HONORABLE ROBERT S. LASNIK

10  Presented by:

11  GORDON REES SKULLY MANSUKHANI LLP

12  */s/ David W. Silke*
     David W. Silke, WSBA No. 23761
13

14  */s/ Petra N. Ambrose*
     Petra N. Ambrose, WSBA No. 48924
15  701 Fifth Avenue, Suite 2100
     Seattle, WA 98104
16  Phone: (206) 695-5100
     Fax: (206)689-2822
17  dsilke@grsm.com
     pambrose@grsm.com
18  *Attorneys for Defendants Cascade Health Services,*
     *LLC, Linet Ngete, and Elaine Gravatt*

19

20

21

22

23

24

25

26  STIPULATION AND ORDER OF DISMISSAL OF CASCADE
     HEALTHCARE SERVICES, LLC, LINET NGETE, AND ELAINE
     GRAVATT
     [PROPOSED] – **PAGE 3**
     NO. 2:16-cv-01124-RSL

**GORDON REES SCULLY
MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822