THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN T. GOHRANSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SNOHOMISH COUNTY, et al.,<br><br>Defendants. | No.: C16-1124RSL<br><br>STIPULATION AND ORDER OF DISMISSAL OF MAXIM HEALTHCARE SERVICES, INC., SHERRISE HOLLAND, AND GREGORY HARDY<br><br>[PROPOSED] |

## STIPULATION

The above-named parties by their undersigned attorneys of record stipulate that this matter has been fully compromised and settled as to Defendants Maxim Healthcare Services, Inc., Sherrise Holland, and Gregory Hardy, and hereby stipulate and request that Plaintiff's Complaint as to Defendants Maxim Healthcare Services, Inc., Sherrise Holland, and Gregory Hardy, shall be dismissed with prejudice and without costs to any party.

STIPULATION AND ORDER OF DISMISSAL OF MAXIM
HEALTHCARE SERVICES, INC., SHERRISE HOLLAND,
AND GREGORY HARDY
[PROPOSED] - 1

fc074w04p1

BREWE LAYMAN P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone

1  **BREWE LAYMAN** P.S.
   Attorneys at Law

2

3  By___s/ Karen D. Moore___
   Karen D. Moore, WSBA 21328
   Kenneth E. Brewe, WSBA 9220
4  Attorney for Plaintiffs

5

6  COGDILL NICHOLS REIN WARTELLE
   ANDREWS

7  By ___s/ Todd C. Nichols___
   Todd C. Nichols WSBA 15366
8  W. Mitchell Cogdill, Jr., WSBA 1950
   Mark Giuliano, WSBA 49871
9  Attorneys for Plaintiffs

10
   COZEN & O'CONNOR
11

12 By___s/Robert Lee___
   Robert Lee, WSBA 46682
   Attorney for Maxim Healthcare Services, Inc.,
13 Sherrise Holland, and Gregory Hardy

14
   COZEN & O'CONNOR
15

16 By___s/ William H. Walsh___
   William H. Walsh, WSBA 21911
17 Attorney for Maxim Healthcare Services, Inc.,
   Sherrise Holland, and Gregory Hardy

18

19

20

21

22 STIPULATION AND ORDER OF DISMISSAL OF MAXIM
   HEALTHCARE SERVICES, INC., SHERRISE HOLLAND,
23 AND GREGORY HARDY
   [PROPOSED] - 2

24

fc074w04p1

**BREWE LAYMAN** P.S.
Attorneys at Law
P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone

## ORDER

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED all claims against Defendants Maxim Healthcare Services, Inc., Sherrise Holland, and Gregory Hardy are dismissed with prejudice and without costs to any party.

DONE IN OPEN COURT this 27th day of March, 2018.

_____
THE HONORABLE ROBERT S. LASNIK

Presented by:

**BREWE LAYMAN** P.S.
Attorneys at Law

By _s/ Karen D. Moore_
Karen D. Moore, WSBA 21328
Kenneth E. Brewe, WSBA 9220
Attorney for Plaintiffs


COGDILL NICHOLS REIN WARTELLE ANDREWS

By _s/ Todd C. Nichols_
Todd C. Nichols WSBA 15366
W. Mitchell Cogdill, Jr., WSBA 1950
Mark Giuliano, WSBA 49871
Attorneys for Plaintiffs


STIPULATION AND ORDER OF DISMISSAL OF MAXIM HEALTHCARE SERVICES, INC., SHERRISE HOLLAND, AND GREGORY HARDY
[~~PROPOSED~~] - 3

fc074w04p1

**BREWE LAYMAN** P.S.
Attorneys at Law
P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone

Approved as to form and notice
Of Presentation waived:

COZEN & O'CONNOR

By _s/ Robert Lee_
   Robert Lee, WSBA 46682
   Attorney for Maxim Healthcare Services, Inc.,
   Sherrise Holland, and Gregory Hardy

COZEN & O'CONNOR

By _s/ William H. Walsh_
   William H. Walsh, WSBA 21911
   Attorney for Maxim Healthcare Services, Inc.,
   Sherrise Holland, and Gregory Hardy

STIPULATION AND ORDER OF DISMISSAL OF MAXIM HEALTHCARE SERVICES, INC., SHERRISE HOLLAND, AND GREGORY HARDY [PROPOSED] - 4

fc074w04p1

BREWE LAYMAN P.S.
Attorneys at Law
P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone