THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN T. GOHRANSON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SNOHOMISH COUNTY, *et al.*, <br><br> Defendants. | Case No.: C16-1124MJP <br><br> ORDER PERMITTING AMENDMENT OF CONSOLIDATED COMPLAINT |

THIS MATTER having come before the Court on the parties' Stipulation Permitting Amendment of Plaintiffs' Consolidated Complaint, and the Court having considered the stipulation of counsel contained therein,

It is hereby ORDERED, ADJUDGED, AND DECREED that the Plaintiffs may file their Proposed Amended Consolidated Complaint in the form appended to the Stipulation as Exhibit A.

DATED this 9th day of August, 2019.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER ON STIPULATION TO AMEND COMPLAINT - 1
Case No.: 2:16-CV-01124-MJP

**B**REWE **L**AYMAN P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com

| | |
|---|---|
| Presented by: | Approved for entry; Notice of presentation waived: |
| s/ Todd C. Nichols<br>Todd C. Nichols, WSBA #15366<br>W. Mitchell Cogdill, WSBA #1950<br>Mark P. Giuliano, WSBA #49871<br>Cogdill Nichols Rein Wartelle Andrews<br>3232 Rockefeller Avenue<br>Everett, WA 98201<br>P: (425) 259-6111<br>tcn@cnrlaw.com<br>wmc@cnrlaw.com<br>mark@cnrlaw.com | s/ Joseph B. Genster<br>Joseph B. Genster, WSBA #14968<br>Katherine H. Bosch, WSBA #43122<br>Margaret Duncan, WSBA #47876<br>Snohomish County Prosecuting Attorney<br>3000 Rockefeller Avenue, M/S 504<br>Everett, WA 98201<br>P: (425) 388-6341<br>joseph.genster@snoco.org<br>kbosch@snoco.org<br>margaret.duncan@co.snohomish.wa.us |
| Kenneth E. Brewe, WSBA #9220<br>Karen D. Moore, WSBA #21320<br>Brewe Layman<br>3525 Colby Ave, STE 333<br>Everett, WA 98206<br>P: (425) 252-5167<br>kennethb@brewelaw.com<br>karenm@brewelaw.com | *Attorneys for Snohomish County Defendants* |
| *Attorneys for Plaintiffs* | |

ORDER ON STIPULATION TO AMEND COMPLAINT - 2
Case No.: 2:16-CV-01124-MJP

**B**REWE **L**AYMAN P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com